**STATE of Missouri, Respondent,**

v.

**Antonio C. JACKSON, Appellant.**

**WD 77628**

Missouri Court of Appeals, Western District.

ORDER FILED: SEPTEMBER 15, 2015

S. Kate Webber, Kansas City, MO, Counsel for Appellant.

Robert Bartholomew, Jr., Jefferson City, MO, Counsel for Respondent.

Before Division One: Cynthia L. Martin, P.J., Joseph M. Ellis, and James Edward Welsh, JJ.

**ORDER**

Per Curiam:

Antonio Jackson appeals the circuit court's judgment, following a bench trial, convicting him of one count of robbery in the first degree, two counts of kidnapping, and three counts of armed criminal action. We affirm. Rule 30.25(b).